Chief Justice CASTILLE and Justices EAKIN, BAER, TODD, McCAFFERY and STEVENS join the opinion.

**Corey BRACEY, Appellant**

v.

**S.C.I. SMITHFIELD, Major Oliver, Unit Manager Compampiono, CCPM Garman, Appellees.**

Supreme Court of Pennsylvania.

May 27, 2014.

Corey Bracey, Graterford, pro se.

Jeffrey M. Paladina, Mechanicsburg, for Appellees.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of May, 2014, the Order of the Commonwealth Court is AFFIRMED.